

# IN THE
# TENTH COURT OF APPEALS

### No. 10-12-00113-CR

**GABRIEL ABDALLH,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

From the 361st District Court
Brazos County, Texas
Trial Court No. 11-02205-CRF-361

## MEMORANDUM OPINION

After open pleas of guilty, Appellant Gabriel Abdallh was found guilty of the felonies of theft and evading arrest or detention. After a nonjury punishment trial, he was sentenced to eight and twelve years in prison, respectively, with the sentences to run concurrently. Appellant's appointed appellate counsel has filed a motion to withdraw and an *Anders* brief, asserting that he has diligently reviewed the appellate record and that, in his opinion, the appeal is frivolous. *See Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Although informed of his right to do so,

Appellant did not file a *pro se* response to the *Anders* brief.

In an *Anders* case, we must, "after a full examination of all the proceedings, []
decide whether the case is wholly frivolous." *Id.* at 744, 87 S.Ct. at 1400; *accord Stafford v.
State*, 813 S.W.2d 503, 509-11 (Tex. Crim. App. 1991). An appeal is "wholly frivolous" or
"without merit" when it "lacks any basis in law or fact." *McCoy v. Court of Appeals*, 486
U.S. 429, 439 n.10, 108 S.Ct. 1895, 1902 n.10, 100 L.Ed.2d 440 (1988).

We have conducted an independent review of the record, and because we find
this appeal to be wholly frivolous, we affirm the judgment. We grant appointed
counsel's motion to withdraw from representation of Appellant. Notwithstanding this
grant, appointed counsel **must** send Appellant a copy of our decision, notify him of his
right to file a pro se petition for discretionary review, and send this Court a letter
certifying counsel's compliance with Texas Rule of Appellate Procedure 48.4. TEX. R.
APP. P. 48.4; *see also Ex parte Owens*, 206 S.W.3d 670, 673-74 (Tex. Crim. App. 2006).


           REX D. DAVIS
           Justice

Before Chief Justice Gray,
       Justice Davis, and
       Justice Scoggins
Affirmed
Opinion delivered and filed February 28, 2013
Do not publish
[CR25]